IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Brud Rossmann,

    Plaintiff,

-vs-

Patricia Henricks, John Doe-1, John Doe-2, and John Doe-3,

    Defendants.

Case No. 3:16-cv-308

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, recommending that the plaintiff's complaint be dismissed without prejudice and that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.[1] All court documents and orders in this case have been mailed to the address identified by Plaintiff Brud Rossmann. Each mailing has been returned as undeliverable. Rossmann has provided no other address.

The court has reviewed the record and the magistrate judge's Report and Recommendation and finds that the court lacks jurisdiction over Rossmann's claims. The court hereby **ADOPTS** the magistrate judge's Report and Recommendation in its entirety. Rossmann's complaint is hereby dismissed without prejudice. The court further finds that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 19th day of September, 2017.

                                              /s/ Ralph R. Erickson
                                              Ralph R. Erickson, District Judge
                                              United States District Court

---

[1] Doc. #9.